

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 14, 2008**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE: §
Terence Andrew Ryan § CASE NO. 08-70072-HDH-13
§
§
DEBTORS §

ORDER EXTENDING THE TIME TO FILE ADVERSARY PROCEEDING

CAME ON for consideration the Agreed *Motion to Extend Time to File an Adversary Proceeding*. After consideration of the Motion, the Court finds the Debtor entitled to the relief requested and the Chapter 13 Trustee is unopposed to the relief sought by Debtor.

IT IS HEREBY ORDERED, the time allowed for Debtor to file an Adversary Proceeding regarding his DSO obligation, if not otherwise resolved, is hereby extended to August 31, 2008.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White, Attorney for Debtor
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com